IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
JAN 2 7 2005
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| LEMUEL GRIGSBY, | § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. H – 03 – 829 |
| LOCKHEED MARTIN CORPORATION, and NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, and SEAN O'KEEFE, ADMINISTRATOR NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, and LOCKHEED MARTIN SPACE OPERATIONS COMPANY, | | |
| Defendants. | | |

### MEMORANDUM AND ORDER

Having reviewed the pleadings and briefs, and having heard arguments of counsel and Mr. Grigsby, the Court finds and holds:

1. Plaintiff's Motion for Leave to File Third Amended Complaint filed on July 28, 2004 is DENIED as is his subsequent revised Plaintiff's Motion for Leave to File Third Amended Complaint filed on September 23, 2004.

2. Dispositive motions from Plaintiff and Defendant Lockheed Martin Space Operations Company shall be due by 5:00 p.m. on February 9, 2005 and responses shall be due by 5:00 p.m. on February 16, 2005.

3. If a trial is required, it will commence at 8:30 a.m. on Monday, March 14, 2005.

IT IS SO ORDERED.

SIGNED this 26th day of January, 2005.

                                                KEITH P. ELLISON
                                                UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**